M/W

RECEIVED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 28 2008
3-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Paul Smith
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08cv1807
JUDGE GUZMAN
MAG. JUDGE VALDEZ

vs.

Timothy P. Nance
_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
          **U.S. Code** (state, county, or municipal defendants)

   ✓      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
          **28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Paul Smith

B. List all aliases: _____

C. Prisoner identification number: B52357

D. Place of present confinement: Menard C.C.

E. Address: P.O. Box 711 Menard il 62259

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Timothy P. Nance

   Title: Attoney-At-law

   Place of Employment: 7235 West 103rd Palos Hills

B. Defendant: _____

   Title: _____

   Place of Employment: _____

C. Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Smith P V Jb!T StRogeR SheRiff M.Shear, SheRiff T Dart, Supt. Mcguire, Chef O8CV1557

B. Approximate date of filing lawsuit: 10/2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Paul Smith

D. List all defendants: J.H. StRogeR, T StRogeR, SheRiff M Shear, SheRiff T Dart, Supt Mcguire/Chef

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S.d.C NoRtheRn distRict of il EasteRn

F. Name of judge to whom case was assigned: Judge Zagel, MagistRate Judge Denlow

G. Basic claim made: Negligence, Above names did not do they duty to Assure my stay in PeRsonal Protective Custdy was safe. I was sent to outside hospital

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Is Still Pending

I. Approximate date of disposition: 

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Mr. T Nance was hired June 2004 To Represent me in case number 04CR16132 in the Cook County Circuit Court, By way of L.C. Smith. I had giving L.C. Smith Power of Attoney to do so. I have a Notery Letter Power of Attoney that L.C. And I Signed Stating Above facts.

After Paying Mr. T Nance the Sum of $20.000°°. I had to file a Motion March 7, 2007 to Release/Remove him As my Attoney for ineffective Counsler based on the following Arugments:
ⓐ Mr. Nance have failed too effectivly Represent fairly
ⓑ Mr. Nance has not giving Correct Counseling or And timely
ⓒ Mr. Nance has not file desired Pre-trail Motions before tra.
ⓓ Mr. Nance set trail date without filing for a Bill of discovery
ⓔ Mr. Nance was Paid $20.000°°, but filed to maintain A orderly line of Communication.

Revised 9/2007

The Motion was heard before Honorable Judge Lacy William Court Room 205 Circurt Court March, 2007 Judge Lacy Ruling was he did find Mr. T Nance to be ineffective in his handling of the case. Mr. Nance was Released as counsle by Judge lacy williams. After Judge Williams Ruling, I took the Proper Steps. I filed with the A.R.D.C. Mr. Nance wrote them and told them the Reason I was in Jail. That sould have been Lawyer/Private. Mr. Timothy Nance had been hired by me to file following Pre-trail Motions

Motion to suppress Evidence

Motion to suppress Arrest

Motion for a discovery

Motion to suppress Witness Statement

Motion to evaluate; And to Represent me at trail time. Mr Nance Proved he could/didn't want to do the job. Mr Nance own incompetence cause the decision to be made to Release him as my Attoney for above facts and the above Reasons.

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would/Am seeking the Sum of $15,500.00 And $10,000.00 in/for Emotional Stress

VI.  The plaintiff demands that the case be tried by a jury.  ☐ YES  ☑ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  5  day of  12 , 20 07

_____
(Signature of plaintiff or plaintiffs)

Paul Smith / Paul Smith
(Print name)

B52357
(I.D. Number)

P.O. Box 711
Menard C.C. Il 62259
(Address)

6                                                    Revised 9/2007

Mr. Nance work toward this case about a average of: 9 times a year for 5min getting continue, that's 9 court appearance a year. A total of 3 years, nine times a year for five min, which is equivalent to 135 min ≠ 2 hours 15 mins. I'll pay him or and would like to pay him $75.00 per appearance Lawyers average $50.00 a hour. because he let me pay in, installments. That totals $2,085.00. And he Represented one motion he filed. I'll pay him $2,000.00. I'll give a addition $415.00 for phone calls And three visits, he made out to Jail.

Total:
2,085
2,000
  415
$4,500.00

Balance   $15,500.00

balance $15,500.00