**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

08cv1807
JUDGE GUZMAN
MAG. JUDGE VALDEZ

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | PAUL SMITH | **Defendant(s):** | TIMOTHY P. NANCE |
| **County of Residence:** | RANDOLPH | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Paul Smith
B-52357
Menard - MND
P. O. Box 711
Menard, IL 62259

**FILED**
JN
MAR 28 2008
3-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham  **Date:** 03/28/2008