# United States District Court

## Northern District of Illinois
Eastern Division

| | |
|---|---|
| Paul Smith # B52357 | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 1807 |
| Nance | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for leave to file his complaint *in forma pauperis* [3&4 ] is granted. However, the complaint is dismissed for lack of jurisdiction. The case is terminated.

Michael W. Dobbins, Clerk of Court

Date: 4/9/2008

/s/ Carole Gainer, Deputy Clerk